IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV- 2816-KLM

Gary NAPIER

       Plaintiff,

v.

Luann S. LESNANSKY, *et al.*

       Defendants

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| Signatures | Party Represented | Date |
|---|---|---|
| s/ Alison Ruttenberg<br>Alison Ruttenberg | Plaintiff | 9/14/2015 |
| s/ Robert Huss<br>Robert Huss | Maurice Fauvel | 9/11/2015 |

**SO ORDERED**

Dated: September 16, 2015

Hon. Kristen L. Mix
United States Magistrate Judge

**NOTE:** You must execute and file this Consent Form, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of: (1) not more than ten days after the scheduling conference; or (2) not more than forty-five days after the filing of the first response, other than an answer, to the operative complaint.